## Commonwealth *v.* Thomas, Appellant.

Argued September 14, 1971. *John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Tinari, Appellant.

Argued September 13, 1971. *Nino V. Tinari,* for appellant; *Alan Jay Josel,* Assistant District Attorney, with him *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.